JAS. L. WILSON & SONS, INC., Respondent, v. BRONSON RUMSEY and Others, Appellants.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

JOSEPH RICKI, Appellant, v. ANTHONY BARKIEWICZAS, Respondent.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

EMIL MELVILLE, Appellant, v. HALSEY P. MINOR, Respondent.— Order reversed and new trial granted, with costs to appellant to abide event. Held, the complaint states a cause of action for criminal conversation. Had it also stated the usual counts for alienation of affections there would have been no doubt on the trial that the plaintiff was entitled to have the questions of fact submitted to the jury. The proof being somewhat indefinite and inconclusive, the motion for nonsuit was granted and a subsequent motion for a new trial denied. In applying the rule that on a nonsuit the plaintiff is entitled to the most favorable construction that can fairly be drawn from the evidence, we believe there was sufficient evidence to warrant the submission to the jury of the questions of fact as to whether on the occasions testified to in 1918 and 1919 the defendant had illicit relations with the plaintiff's wife and thereby debauched her and alienated her affections from him. All concur, Kruse, P. J., not sitting.

JOHANNA SALTER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

HENRY J. LONGNECKER, as Administrator, etc., of CLARA A. LONGNECKER, Deceased, Appellant, v. HENRY S. THOMPKINS, Respondent.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

SAMUEL MAIMES, Appellant, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

CHARLES SCHULTZ, Respondent, v. NIAGARA STEEL FINISHING COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

EDWARD GRAM, as Trustee in Bankruptcy of JENNIE WOLBERT, Appellant, v. JENNIE WOLBERT, Defendant, Impleaded with JACOB CHERTOFF and Others, Respondents.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

PEARL GOLDMAN, Respondent, v. JACOB PRINCE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

JACOB ORESTER, Appellant, v. DAYTON RUBBER MANUFACTURING COMPANY, Respondent.—Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal and pay to respondent's attorneys ten dollars within twenty days.

JOSEPH MORTON, Respondent, v. CAESAR CHRISTIAN, Appellant.— Motion granted and appeal dismissed, with costs.

WILLIAM D. McGUIRE, Appellant, v. HIRAM R. WOOD and Others, as Executors, etc., Respondents.— Appeal dismissed, without costs, upon stipulation filed.

JAMES HEALEY, Respondent, v. MAGNUS P. BENZING and Others, Appellants.— Motion granted and appeal dismissed, with costs.